**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-6581**

─────────────

DARREL R. FISHER,

       Plaintiff - Appellant,

    v.

J. DEUTSCH; W. BROOKS,

       Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:23-ct-03328-M)

─────────────

Submitted:  November 25, 2025          Decided:  December 1, 2025

─────────────

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Darrel R. Fisher, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel R. Fisher appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) for failure to state a claim for which relief may be granted. Fisher contends that the district court lacked jurisdiction to issue its order because process was not served on the Defendants. However, Fisher was permitted to proceed in forma pauperis ("IFP"), and district courts are authorized to dismiss a case filed by a plaintiff with IFP status "at any time if the court determines that . . . the action . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fisher v. Deutsch*, No. 5:23-ct-03328-M (E.D.N.C. Apr. 23, 2024) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*